# ALABAMA COURT OF CRIMINAL APPEALS



December 29, 2023

**CR-2023-0145**
Jonathan Craig Thomas v. State of Alabama (Appeal from Morgan Circuit Court:
CC-17-753.60).

## NOTICE

You are hereby notified that on December 29, 2023, the following action was
taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk